# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ellie Reynolds-Rodriguez, | ) | **JUDGMENT OF DISMISSAL** |
| | ) | **IN A CIVIL CASE** |
| Plaintiff, | ) | |
| | ) | CV-12-1487-PHX-JAT |
| v. | ) | |
| | ) | |
| K12 Virtual Schools LLC, | ) | |
| | ) | |
| Defendant(s). | ) | |

___  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed October 10, 2012, judgment of dismissal is entered with prejudice and this action is hereby terminated.

                                                                                BRIAN D. KARTH
                                                                                District Court Executive/Clerk

December 3, 2012

                                                                                s/L.Figueroa
                                                                                By: Deputy Clerk

cc: (all counsel)